UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-2476(DSD)
Criminal No. 00-274(1)(DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Pablo Cruz Crespo-Aguilar,

Defendant.

Defendant Pablo Crespo-Aguilar has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. **IT IS HEREBY ORDERED** that plaintiff shall respond to said motion by August 10, 2006.

Dated: June 27, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court