# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: CR 00-274(01)(DSD/SRN)

PABLO CRUZ CRESPO-AGUILAR,

Defendant.

I hereby certify that on August 10, 2006, I served, or caused to be served, the following documents:

GOVERNMENT'S MEMORANDUM IN OPPOSITION TO SECTION 2255 MOTION

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and delivering by mail to:

Pablo Cruz Crespo-Aguilar
Reg. No. 09594-041
CI NE Ohio Correctional Ctr.
2240 Hubbard Avenue
Youngston, OH 44501

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant