UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-274(1)(DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Pablo Cruz Crespo-Aguilar,

Defendant.

This matter is before the court upon petitioner Pablo Cruz Crespo-Aguilar's pro se motion for reduction of sentence in light of defendant's deportable status. Based upon a review of the file and record, and for the reasons stated, petitioner's motion is denied.

Petitioner argues that his status as a deportable alien has caused him to receive a longer period of imprisonment under more severe conditions than a similarly situated United States citizen, in violation of the "Legal Equal Protection Clause of the United States Constitution." (See Pet. Mot. at 1.) Petitioner maintains that he is entitled to a "downward departure" due to his status as a deportable alien. (Id. at 5.) The court construes petitioner's filing as a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. Defendant previously filed a § 2255 motion that the court denied on August 11, 2006. This motion, therefore, is a second or successive § 2255 motion.

Pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996, an applicant for successive § 2255 relief must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A); see Cox v. Norris, 167 F.3d 1211, 1212 (8th Cir. 1999). Without approval from the appellate court, the district court has no jurisdiction to consider the merits of a successive § 2255 motion. See Boyd v. United States, 304 F.3d 813, 814 (8th Cir. 2002); United States v. Cox, No. 4:98-00073, 2006 WL 3771116, at *1-2 (E.D. Ark. Dec. 20, 2006). In this case, petitioner has not sought such approval from the Eighth Circuit Court of Appeals. Accordingly, the court lacks the jurisdiction to consider petitioner's motion.

Therefore, **IT IS HEREBY ORDERED** that petitioner's "Motion For Reduction Of Sentence In Light of Defendant's Deportable Status" [Doc. No. 62] is dismissed for lack of jurisdiction.

Dated: October 10, 2007

s/David S. Doty
David S. Doty, Judge
United States District Court